(May 22, 1944.)

In the Matter of the Accounting of Edgar F. Luckenbach, as Trustee under the Will of Lewis Luckenbach, Deceased. Roscoe H. Hupper, as Executor of Edgar F. Luckenbach, Deceased, Appellant; Andrea L. Dobbs et al., Respondents.— The parties having stipulated that this motion may be decided by a court of four Justices, the decision is as follows: Motion to dismiss appeal from an order made and entered in the office of the clerk of the Surrogate's Court, Kings County, on July 6, 1943, denying a motion for leave to present additional evidence, granted, without costs, and appeal dismissed, without costs. Present — Close, P. J., Adel, Lewis and Aldrich, JJ.

In the Matter of the Accounting of Edgar F. Luckenbach, as Trustee under the Will of Lewis Luckenbach, Deceased. Roscoe H. Hupper, as Executor, et al., Appellants; Andrea L. Dobbs et al., Respondents.— The parties having stipulated that this motion may be decided by a court of four Justices, the decision is as follows: Motion to dismiss appeals from a decree of the Surrogate's Court, Kings County, made and entered on the 6th day of July, 1943, modifying the report of the referee, et cetera, granted, without costs, and appeals dismissed, without costs. Present — Close, P. J., Adel, Lewis and Aldrich, JJ.

Carlo Bilardi, Appellant, v. Anthony Bilardi, Respondent.— Orders denying motions of plaintiff for restoration of an action to the trial calendar affirmed, without costs. No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.